**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Sharon A. King |
| v. | : | |
| | : | Crim. No. 26-mj-17030 |
| STEPHEN MUNI | : | |
| | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of the United States, by Robert Frazer, United States Attorney for the District of New Jersey, and Colin M. McDonald, Assistant Attorney General, U.S. Department of Justice, National Fraud Enforcement Division (by Paul J. Koob, Trial Attorney, U.S. Department of Justice, National Fraud Enforcement Division, Health Care Fraud Section, appearing), and Defendant Stephen Muni (by Matthew T. Smith, Esq.), for an order granting a continuance of proceedings in the above-captioned matter; and the Defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the Defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The discovery in the case is voluminous, consisting of, among other things, seized digital evidence, audio recording, and prescription

monitoring program data, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

2. The grant of a reasonable continuance will allow the United States and the Defendant to engage in plea negotiations. A resolution by way of a plea would render a trial unnecessary.

3. The failure to grant a continuance would deny counsel for the Defendant and counsel for the Government the reasonable time necessary to effectively prepare for motion practice and/or trial, taking into account the exercise of due diligence.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS, therefore, on this 30th day of October 2026,

(1) ORDERED that this action be, and hereby is, continued until January 4, 2027 and it is further

(2) ORDERED that the period from the initial appearance (June 3, 2026), through January 4, 2027, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

Sharon A. King
HON. SHARON A. KING
United States Magistrate Judge

Form and entry consented to:

*/s/Paul J. Koob*
PAUL J. KOOB
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
970 Broad Street, Suite 700
Newark, New Jersey 07102

*/s/ Matthew T. Smith*
Matthew T. Smith, Esquire
Counsel for Stephen Muni
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103